UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LUCA,

    Plaintiff,

Case No. 4:22-cv-11169
Hon. Anthony P. Patti

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the opinion and order granting the Commissioner's motion for summary judgment entered on September 27, 2024,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant Commissioner of Social Security and against Plaintiff James Luca. All other Defendants and claims having been previously dismissed, the case is now closed.

**IT IS SO ORDERED.**

Dated: September 27, 2024

                                            Anthony P. Patti
                                            UNITED STATES MAGISTRATE JUDGE